PROB 12B
(7/93)

Report Date: July 25, 2006

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 5 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Pamela Kay Lightbody          Case Number: 2:05CR00092-001

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, U.S. District Judge

Date of Original Sentence: 10/11/2005            Type of Supervision: Probation

Original Offense: Misprison of a Felony,         Date Supervision Commenced: 10/11/2005
18 U.S.C. § 4

Original Sentence: Probation - 24 Months         Date Supervision Expires: 10/10/2007

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15. You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

## CAUSE

Recent contact with the offender suggests that the above-mentioned modification is appropriate. Pamela Lightbody acknowledged that she experienced thoughts of harming her infant children in February 2006. She self-reported the homicidal thoughts to Child Protective Services and has been involved in an Early Intervention Program sponsored by the Spokane Regional Health District since that time. Contact with Mae Johnson, public health nurse, confirms that Ms. Lightbody is considered stable and is a non-threat to her children at this time.

In an attempt to provided Federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Pamela Lightbody was asked whether she would waive her right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Ms. Lightbody has agreed to the proposed modifications.

Prob 12B
**Re:  Lightbody, Pamela Kay**
**July 25, 2006**
**Page 2**

It is respectfully recommended that the attached Waiver of Hearing to Modify Conditions of Probation be adopted requiring Pamela Lightbody to participate in mental health treatment at the direction of the probation office.

                                            Respectfully submitted,

                                by  *Tommy Rosser*

                                        Tommy Rosser
                                        U.S. Probation Officer
                                        Date:  July 25, 2006

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

Date: July 25, 2006